# Unclaimed Funds

Entered 1/1/2001 to 6/10/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-23451 -wch 18967287 | Enrobed Ventures, Inc. c/o David Madoff, Esq. Madoff & Khoury, LLP 124 Washington Street Foxboro, MA 02035 02035 | 1,849.58 | 06/10/2013 |

**Grand Total: 1,849.58**